MILES M. DEWHIRST, NO. 11837
RICK N. HADERLIE, NO. 9346
KYLE L. SHOOP, NO. 13356
DEWHIRST & DOLVEN, LLC
CLAYTON M. FIRTH, NO. 14443
4179 Riverboat Road, Ste. 206
Salt Lake City, Utah 84123
Telephone:  801-274-2717
Facsimile:   801-274-0170
Email: mdewhirst@dewhirstdolven.com
Email: rhaderlie@dewhirstdolven.com
Email: kshoop@dewhirstdolven.com
Email: cfirth@dewhirstdolven.com

*Attorneys for Plaintiff,*
*Richmond American Homes of Utah, Inc.*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| RICHMOND AMERICAN HOMES OF UTAH, INC.<br><br>Plaintiff,<br><br>v.<br><br>ALLIANZ GLOBAL CORPORATE & SPECIALTY; THE AMERICAN INSURANCE COMPANY; FIREMAN'S FUND INSURANCE COMPANY; FUSION SIGN AND DESIGN, INC., and Does 1-10.<br><br>Defendants. | **RICHMOND AMERICAN HOMES OF UTAH, INC.'S NOTICE OF COMPLIANCE WITH ORDER TO SHOW CAUSE**<br><br>Civil No. 2:18-cv-00635-CW<br><br>Judge:  Clark Waddoups |

Richmond American Homes of Utah, Inc. (hereinafter "Richmond"), by and through its counsel of Dewhirst & Dolven, LLC, respectfully submits this notice of Richmond's compliance with the Court's Order to Show Cause, dated August 27, 2018 ("Order").  (Doc. 6).

Within the Order, Richmond was directed to properly plead citizenship of the parties for jurisdictional purposes. Richmond has complied with the Order by filing its First Amended Complaint.

Respectfully submitted this 7th day of September, 2018.

DEWHIRST & DOLVEN, LLC


By /s/ Rick N. Haderlie
Rick N. Haderlie, Esq.
Kyle L. Shoop, Esq.
Clayton M. Firth, Esq.

Attorneys for Plaintiff,
*Richmond American Homes of Utah, Inc.*